**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00785-REB-CBS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$48,900.00 IN UNITED STATES CURRENCY,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

      The matter is before me on the **Unopposed Motion To Dismiss Action** [#50][1] filed November 13, 2012. After reviewing the motion and the record, I conclude that the motion should be granted and that this action should be dismissed with prejudice. The court finds as follows:

      That the United States has commenced this action *in rem* pursuant to 21 U.S.C. § 881;

      That the United States has resolved all issues with regards to the defendant Currency; and

      That pursuant to 28 U.S.C. § 2465, there was reasonable cause for instituting this action against defendant Currency.

      **THEREFORE, IT IS ORDERED** as follows:

---

[1] "[#50]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

1. That the **Unopposed Motion To Dismiss Action** [#50] filed November 13, 2012, is **GRANTED**;

2. That a Certificate of Reasonable Cause is **GRANTED** pursuant to 28 U.S.C. § 2465; and

3. That this action is **DISMISSED WITH PREJUDICE**.

Dated November 14, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge